```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 02173
   IBRAHIM YAMINI
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8164

----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
    The case was filed on 01/31/2008 and was not confirmed.

    The case was dismissed without confirmation 04/28/2008.
----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
----------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED        1109.56           .00             .00
FIRST NORTHERN CU/PEAK5    UNSECURED       20527.70           .00             .00
RMI/MCSI                   UNSECURED        1250.00           .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         642.51           .00             .00
CITY OF CHICAGO PARKING    UNSECURED        2340.00           .00             .00
SPRINT PCS                 UNSECURED       NOT FILED          .00             .00
FIFTH THIRD BANK           UNSECURED       NOT FILED          .00             .00
ILLINOIS STATE TOLL HWY    UNSECURED       NOT FILED          .00             .00
PEAK 5                     UNSECURED       NOT FILED          .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     10.00            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                     -----------          -----------
TOTALS                  .00                       .00




                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02173 IBRAHIM YAMINI
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 07/22/08                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```